## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:13-00097** |
| | ) | **JUDGE SHARP** |
| **MICHAEL JORDAN [5]** | ) | |

### O R D E R

Pending before the Court is Defendant's Motion for Plea Hearing (Docket No. 524).

The motion is GRANTED and the hearing is hereby scheduled for Wednesday, June 25, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE