UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| MICHAEL JORDAN [5] | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion for Plea Hearing (Docket No. 524).

The motion is GRANTED and the hearing is hereby scheduled for Wednesday, June 25, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE