UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| MICHAEL JORDAN [5] | ) | |

## O R D E R

Pending before the Court is SEALED MOTION (Docket No. 704).

The motion is GRANTED and the sentencing hearing scheduled for October 22, 2014, is hereby rescheduled for Tuesday, January 6, 2015, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE